UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG - 7 2018

David J. Bradley, Clerk of Court

| | |
|---|---|
| In the Matter of the Application by the United States of America for a Search Warrant of: LashonyaJohnson@Hotmail.com Microsoft Corporation 1 Microsoft Way Redmond, Washington 98052 | § § § § § § § § | Case No. H-18-0561M |

## UNITED STATES' MOTION TO UNSEAL SEARCH WARRANT DOCUMENTS

On April 10, 2018, this Court granted the United States' application for a search and seizure warrant for LashonyaJohnson@Hotmail.com, Microsoft Corporation, 1 Microsoft War, Redmond, Washington 98052. This Court also granted the United States' Motion to Seal the Application for a Search Warrant, the Affidavit in support of the Application for the Search Warrant and the Attachments thereto, the Search and Seizure Warrant, the Motion to Seal, and the Order to Seal those materials. Investigators executed the warrant via fax on April 10, 2018.

The United States now files this motion respectfully requesting that the Court unseal the Application for a Search Warrant, the Affidavit in support of the Application for the Search Warrant and the Attachments thereto, and the Search and Seizure Warrant.

Respectfully submitted,
RYAN PATRICK
UNITED STATES ATTORNEY

By: _____
Catherine Wagner
Trial Attorney
Fraud Section, Criminal Division
Department of Justice
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Catherine.Wagner@usdoj.gov
(713) 567-9515

## CERTIFICATE OF SERVICE

I certify that I served that on August 7, 2018, I filed the foregoing document with the Clerk's office.

/s/ Catherine Wagner
Catherine Wagner
Trial Attorney